UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR00502 RWS (AGF) |
| ) | |
| CORY SCOTT HELIGMAN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Following a hearing at which the Court heard oral argument re Defendant's Motion to Amend/Correct Conditions of Bond [Doc. #7];

**IT IS HEREBY ORDERED** that Defendant's Motion to Amend/Correct Conditions of Bond [Doc. #7] is hereby **DENIED**.

Dated this 21st day of August, 2009.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE